# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | No. 2946 Disciplinary Docket No. 3 |
| | : | |
| BRIAN JOSEPH SMITH, A/K/A BRIAN J. SMITH | : | No. 16 DB 2023 |
| | : | |
| | : | (Supreme Court of New Jersey, D-75 |
| | : | September Term 2021) |
| | : | |
| | : | Attorney Registration No. 68911 |
| | : | |
| | : | (Montgomery County) |

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of April, 2023, having failed to respond to a Notice and Order directing him to provide reasons against the imposition of reciprocal discipline, Brian Joseph Smith, a/k/a Brian J. Smith, is suspended from the practice of law in the Commonwealth of Pennsylvania for a period of six months. He shall comply with the provisions of Pa.R.D.E. 217.